# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Weston Solutions, Inc. | ) | ASBCA Nos. 59329, 59891 |
| | ) | |
| Under Contract No. W912BV-08-D-2012 | ) | |

APPEARANCE FOR THE APPELLANT:        James F. Butler, III, Esq.
                                                                        Smith, Currie & Hancock LLP
                                                                        Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                                                        Engineer Chief Trial Attorney
                                                                    P. Alex Petty, Esq.
                                                                        Engineer Trial Attorney
                                                                        U.S. Army Engineer District, Galveston

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59329, 59891, Appeals of Weston Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals